[No. 56530-3-I.   Division One.   July 3, 2006.]

*In the Matter of the Estate of* VIRGINIA L. WEEKLEY.

Appeal from a judgment of the Superior Court for Skagit County, No. 99-4-00313-6, Susan K. Cook, J., entered June 18, 2005. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler, A.C.J., and Coleman, J.

[No. 56546-0-I.   Division One.   July 3, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. KIRK GOULD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-12016-7, Jay V. White, J., entered June 17, 2005. *Dismissed* by unpublished per curiam opinion.

[No. 56601-6-I.   Division One.   July 3, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM LEE BOLLINGER HARRELL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 05-1-00748-1, Michael T. Downes, J., entered July 18, 2005. Affirmed by unpublished per curiam opinion.

[No. 56609-1-I.   Division One.   July 3, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCUS ANTHONY HARRELL, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 97-1-00337-0, Steven J. Mura, J., entered June 7, 2005. *Dismissed* by unpublished per curiam opinion.